UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD REX REAN, and Descendants, et al., in Pro Se,

Plaintiff,

v.

STATE FARM INS. CO.; ALLINA MEDICAL TRANSPORT; FAIRVIEW HOSPITAL; DOCTOR SPENCER BERSHOW, M.D.; MINNESOTA DEPARTMENTS OF HEALTH; STATE BOARD FOR MEDICAL MALPRACTICE; GOVERNOR MARK DAYTON; COMMISSIONER OF COMMERCE ET AL.; and STATE OF MINNESOTA,

Defendants.

Civil No. 16-876 (DWF/SER)

ORDER ADOPTING REPORT AND RECOMMENDATION

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated June 9, 2016. (Doc. No. 11.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's June 9, 2016 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

      2.      Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated:  June 30, 2016

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge